Griffin
-V-
Dotson, et.al.

AFFIDAVIT
STATE of VIRGINIA
County of WISE

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE. VA
FILED
MAY 3 0 2025
LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

Carl Griffin being firstly duly sworn deposes as follows:

1. The Lop 830.A "Restorative Housing Reduction Step-Down Program" under the authority of Amee Duncan, The regional administrator (Meyer), Lois Fegan, A. David Robinson and Randall C Mathena have implemented a arbitrary and unconstitutional policy

2. I have no legitimate opportunity to progress and complete the step-down program as I have a mental health illness making the length in solitary indefinite

3. I have been subjected to a vague, arbitrary and contradictory policy as prisoners who stabbed and severely beat Affiant allowed to be released to general population

4. The criteria used to put me on Level 3 was flawed, used misinformation and prisoners who stabbed and beat me allowed to return to population as this policy is arbitrary and contradictory

[1]

5. I have been given no opportunity to appeal ICA and other administrative decisions, call witnesses, know and review status rating or use any alternative means other than completing the "Challenge Series".

6. NO clear procedural protections within this policy to challenge or know the process and authorities use to make decisions concerning my length of time in solitary confinement.

7. The rigorous and strenuous conditions under the IOP 830.A Policy of Level S has caused significant physical and mental health harm to Affiant.

8. This policy has created a arbitrary situation in which Affiant is in Level S for a arbitrary and indefinite length of time with no meaningful review of status.

Pursuant to 28 U.S.C 1746, I declare that under penalty of purjury that the following is true and correct.

Cal [signature]    Date: 4/8/25

This Affidavit was sworn to before the Notary. Date: 4.8.2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th DAY OF April, 2025

Christopher L Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30, 2025

I certify that the above notary is not a party to this action.

[signature]
Inmate Signature

Griffin
-v-
Dotson, Et. Al.

AFFIDAVIT

STATE OF VIRGINIA
County of Wise

Carl Griffin, being first duly sworn deposes as follows:

1. On 12/30/24 the affiant did submit a Request Form stating that I have a degenerative bones in my lower lumbar that has led to pain and discomfort.

2. That it was extremely painful to strain kneeling on my knees as Prison officials has a kneel policy of restraints in order for a prisoner to exit his cell.

3. Within this request form I asked for a kneel exemption called a "NO KNEEL pass and was seen by sick call NURSE NP Holbrook on or about 1/17/25

4. NP Holbrook told me during sick call appointment that if she gave me a NO KNEEL pass she would have to give one to everybody and when I told her I have a degenerative spine she said I did not.

5. NP Holbrook did not provide the NO Kneel pass and affiant filed a "Written complaint" on 2/3/25 explaining that I have an injury that I can't kneel and I have not left my cell to take showers have recreation or use kiosk.

[1]

6. ON 2/18/25 RN Trent responded to complaint stating that I had an appointment with VCU to see a specialist in July 2023 and I refused and that since arriving at ROSP I did not put in a sick call form so if I had no concern.

7. But affiant had to see a hand specialist in July 2023 and that affiant refused to see hand specialist and that I actually saw NP Holbrook during sick call but for no good reason was denied NO Kneel pass.

8. ON 2/21/25 affiant submitted a "Regular Grievance" relating the unprofessional attitude of NP Holbrook and that I needed a NO Kneel pass because I can't kneel and I had not left my cell to take showers, recreation or used kiosk.

9. on 2/25/25 Institutional ombudsman STILL answered the Grievance with simply "submit sick call to discuss with provider." STILL did not consult medical and STILL is not trained to give medical advice.

10. ON 2/25/25 affiant sent appeal to Regional administration and Cathy Mead did not consult medical and simply upheld the decision of STILL to not consult medical.

11. affiant has submitted two more requests that went unanswered.

* pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct.

Carl G[yffin]   Date: 4/8/25

This affidavit was sworn to before the notary. Date: 4-8-2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th DAY OF April, 20 25

Christopher L Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30. 2025

I certify that the above notary is not a party to this action.
Inmate Signature

[2]

Griffin
-v-
Dotson, Et al

AFFIDAVIT

STATE of VIRGINIA
County of WISE

CARL GRIFFIN, being first duly sworn, deposes as follows:

1. Affiant was in a altercation where he was stabbed and assaulted by at least three prisoners at Keen Mountain CC and left unconscious and bloody.

2. Affiant taken to Clinch Valley Medical Center for amnesia, head wounds and lacerations that required medical treatment.

3. I was sent back to KMCC at which time I was asked questions by nurse that I could not answer in a incoherent, semi conscious state.

4. I was put in KMCC medical ward where I was under Head injury observation where I stayed in an incoherent, non arousable condition until 1:00pm on 11/23/24

5. While suffering from amnesia, incoherent and in a non arousable state an unknown corrections officer alleges that he served me notices of two major offense reports while incoherent. Unknown C/O alleges I refused to sign offense so. If I was coherent and aroused to refuse to sign.

6. At no time on the said date 11/23/24 did I have such awareness, other or Knowledge was aroused and was suffering from amnesia from stab wounds to the head to be aware of notice of two major offense reports.

7. At no time between 11/23/24 and 11/29/24 did I come in contact with an Inmate advisor or was given copies of two offense reports to be aware and have notice of offenses.

8. The Prisoners responsible for stabbing and beating me were allowed to go back to general population and on 12/2/24 I was transferred from a lower security prison to the highest security prison, R.O.S.P.

9. Original date for hearing was scheduled for 11/29/24 on 12/3/24 unknown c/o served a Postponement of hearing at KMCC and put that I refused to sign as if I was at prison and simply refused.

10. On 12/11/24 while on solitary confinement I was given two postponements and rescheduled dates for two undiscribed offense reports for 12/13/24

11. On 12/11/24 I wrote two request forms to the ROSP Hearings officer K. Ramey explaining that I did not have copies of offenses, no Inmate advisor and no forms to adequately know and defend myself.

[2]

12. On 12/13/24 I still did not receive a response to my two request forms and was found guilty of both offenses without knowing what the Notice reports said, no advisor or witnesses or Documents was not pulled for hearing on 12/13/24

13. On 12/19/24 I was recommended to be placed on Level S and the disposition of the two offenses was used as well as my being taken to outside medical as justification for approval on 1/7/25

14. On 12/27/24 I Recieved appeal package and for the first time I had notice of two offense reports and appealed to both Level 1 and 2 of process, once again C/O used "Refused to sign" refuse to go to hearing. But was never given paper.

15. On 1/10/25 I was sent to C Building on ROSP to begin time on Long Term Solitary confinement. On 12/30/24 I began the requests for asking for a no kneel pass.

16. I have been unable to recieve phone call, because of penalty for offense. I have not been able to take showers, partake in recreation or use kiosk because I cannot comply with policy of kneeling to be shackled.

17. Since being on solitary, I have developed mental health Illness, and this condition has been perpetuated by the Isolation, no showers and no recreation.

[8]

18. The No Kneel pass was intentionally kept from affiant and has severely contributed to my harm and tormoil in solitary confinement.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct.

Carl [signature]  Date: April 8th 2025

The affidavit was sworn to before the notary
Date: 4-8-2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th DAY OF April, 20 25
[signature] Christopher L. Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30. 2025

I certify that the above notary is not a party to this action.
[signature]
Inmate Signature

[4]

Griffin
-V-
Dotson, Et al.

AFFIDAVIT

State of Virginia
County of Wise

Carl Griffin, being first duly sworn deposes as follows

1. Affiant did submit a timely appeal on or about 12/27/25 to Warden Isreal Hamilton at Keen Mountain CC.

2. In Affiants appeal he did inform Hamilton of all his constitutional violations. That he had no proper notice, no witness forms, no Documentary evidence forms, no access to Inmate advisor, no way to know of the offense codes 105B and 102, was not taken to hearing on 12/13/24. C/O Alleges "Refusal to sign" No Hearing Form.

3. Affiant did not recieve a response and answer to his submitted appeals and submitted two LvL 2 appeals to Disciplinary Unit in Richmond Virginia on or about 2/20/25

4. The regional director did not respond or answer these appeals and at that point after three months their was no other recourse left to affiant.

5. Affiant followed all rules pertaining to Dop 861 appeal process but recieved no answers.

[1]

Pursuant to 28 U.S.C 1746, I declare under penalty of perjury that the following is true and correct.

Carl Griffin    Date: April 8th 2025

This Affidavit was sworn to before the Notary.

DATE: 4-8-2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8TH DAY OF April, 2025
Christopher L. Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30. 2025

I certify that the above notary is not a party to this action.
Inmate Signature

[2]

STATE OF VIRGINIA
County of WISE

# AFFIDAVIT

Carl Griffin, being first duly sworn deposes as follows:

1. Affiant is in a 8 by 10 cell, with a 10.5 ft ceiling. The cell I am in now has a boxed off slab for a bed, no desk, no shelves, a sink and toilet combo.

2. A skinny verticle window with a plastic mesh on window so that their is no seeing out the window, one tiny window on steel door. no natural light can come in cell.

3. Cell door is solid steel, with metal strip across the bottom and thick slab on side of door preventing clear communication, Lights and night lights constantly on.

4. no communication with other prisoners, no Religious congregation. Affiant has little or no contact with staff. Eats all meals in cell alone in Isolation.

5. Affiant has no contact with human beings, Affiant has been deprived of meaningful social contact, no social programming with long periods of inactivity.

6. Affiant has no access to exercise equipment. Affiants Life sentences has rendered his stay in solitary confinement an indefinite and harmful condition.

[1]

7. These conditions Affiant faces in solitary confinement has caused mental health illness in Affiant and has very little treatment as a result.

8. Affiant has been prescribed a drug treatment for mental health damage that Affiant has never experienced prior to coming to solitary confinement.

9. Affiant does not have regular contact with a psychiatrist so that his mental health illness can be treated.

10. Affiant spends 24 hours a day in isolation.

Pursuant to 28 U.S.C 1746, I declare under penalty of perjury that the following is true and correct.

Carl Gliffin   Date:

This affidavit was sworn to before the notary

Date: 4-8-2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8th DAY OF April, 20 25
Christopher L. Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30. 2025

I certify that the above notary is not a party to this action.

Inmate Signature

[27]

Griffin
v.
Dotson Et. Al.

**AFFIDAVIT**

STATE OF VIRGINIA
COUNTY OF WISE

Carl Griffin, being first duly sworn, deposes as follows:

1. Affiant was in an altercation that left him severely wounded and confined to solitary confinement from 11/25/25 until this present day.

2. On 12/2/24 affiant was transferred and immediately placed on solitary confinement.

3. While on solitary confinement, affiant has developed symptoms that have since been assessed by a mental health worker and proscribed psychotrophic medication.

4. Affiant over successive months from December until as of now is suffering from: mood swings with somber lows, a sad feeling of dispair and hopelessness

5. Pacing the cell, anger, constant irritation at noise and loud sounds, loss of apetite, loss of sleep lethargic and a feeling of exhaustion, rapid breath heart beating fast and a feeling of being in trouble.

13

6. affiant has not taken a shower, had recreation in over five months. Making the isolation of solitary confinement more unbearable.

7. Medication helps a little but solitary has put a very harmful burden on affiant. The lack of concentration makes focusing impossible.

8. As a result of this lack of concentration and focus, affiant has not been able to do any book of the "challenge series".

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct.

Carl Griffin                Date 4/8/25
CARL GRIFFIN

This affidavit was sworn to before the notary   Date: 4-8-2025

COUNTY OF Wise
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8TH DAY OF April, 2025

Christopher L. Cox
NOTARY PUBLIC
MY COMMISSION EXPIRES 9-30-2025

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30, 2025

I certify that the above notary is not a party to this action.
Inmate Signature

[27]