"Plaintiff's Statement of Disputed Facts"

Case No. 7:25-CV-00365-MFU-CKM

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

NOV 10 2025

LAURA A. AUSTIN, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

Defendants have moved for summary judgment on the Plaintiff's claims of (14th) Fourteenth and (8th) Eight amendments of the U.S. Constitution. The plaintiffs submits the following List of genuine issues of material fact that requires the denial of defendants motion for summary judgment.

1) Whether the plaintiff signed for a reciept of Disciplinary reports and Notice of postponements for two major Disciplinary offenses.

2) Whether the defendants could not recall that plaintiff was suffering major injuries that rendered plaintiff unable to have notice of Offense reports

3) Whether defendants gave plaintiff adequate Notice by serving prisoner two offenses under injury and plaintiff actually refused to sign.

4) Whether defendants gave plaintiff opportunity to be aware of Notice on 12/3/25. and refused to sign and signed (Basic offense code) on the 11th of Dec, 2024

5) Whether Plaintiff was actually given proper and adequate Notice.

6) Whether plaintiff refused to attend Disciplinary hearing and refused to sign the "Refusal to Attend Hearing".

7) Whether plaintiff filed two successive appeals to Hamiton and Regional administrator.

8) Whether Ramey was required to take responsibility for due process up to the moment before the Disciplinary Hearing, Refusal to Attend Hearing and ~~verification~~ ensuring plaintiff really refuse.

~~9) Whether defendants refused action~~

9) Whether plaintiff had not had a sick call done prior to filing complaint and Grievance.

10) Whether plaintiff refused to see ortho for back surgery in July 2023

11) Whether defendant rejected grievance for a intake and advised plaintiff to submit a sick call for a grievance complaint.

12.) Whether plaintiff exhausted all available remedies for his assignment to Level S and plaintiff unable to progress through step-down

13) Whether plaintiff filed grievances concerning his mental health was caused in part by long term solitary confinement.

14) Whether plaintiff exhausted all available remedies.

15) Whether defendants had a basic cognizable awareness of plaintiff's medical injuries between 11/23/25 and 12/11/25

Carl Griffin #1105902
R.O.S.P
PO Box 1900
Pound Va. 24279

Carl Griffin

Date: 11/4/25